# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DAVE ROBINSON,**

      **Plaintiff,**

**v.**                                           **CIVIL ACTION NO. 05-CV-665 DRH**

**ALTER BARGE LINE, INC.,**

      **Defendant.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Defendant's Motion for Summary Judgment.

**IT IS ORDERED AND ADJUDGED** that the Motion for Summary Judgment is **GRANTED** in favor of Defendant, **ALTER BARGE LINE, INC**., with respect to Plaintiff **DAVE ROBINSON'S** entire Complaint, finding the Illinois Whistleblower Act to be preempted by **46 U.S.C. § 2114** and Illinois common law for retaliatory discharge is preempted by general maritime law.-------------------------------------------------------------------------------------------------------

                                                                     **NORBERT G. JAWORSKI, CLERK**

March 22, 2007                                       BY:   /s/Patricia Brown
                                                                      Deputy Clerk

APPROVED:/s/    David   RHerndon
                **U.S. DISTRICT JUDGE**

Case 3:05-cv-00665-DRH-PMF   Document 16   Filed 03/22/07   Page 2 of 2   Page ID #176