# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVE ROBINSON, | ) |
|       Plaintiff, | ) |
| vs. | ) CIVIL NO. 05-665-DRH |
| ALTER BARGE LINE, INC., | ) |
|       Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff and against defendant and assesses compensatory damages in the sum of $5,000); Interrogatory No. 1 to the Jury, Question Yes; and Verdict Form B (Jury having answered Interrogatory No. 1 in the affirmative finds for plaintiff and against defendant and assesses punitive damages in the sum of $5,000.

                                            **KEENAN G. CASADY, CLERK**

March 4, 2009                             BY: s/ Robin Butler
                                                                 Deputy Clerk

APPROVED: /s/ David R Herndon
              **CHIEF JUDGE**
              **U.S. DISTRICT JUDGE**